No. A–196. SAVE CRYSTAL BEACH ASSN. ET AL. *v.* CALLAWAY, SECRETARY OF THE ARMY, ET AL. C. A. 5th Cir. Application for further extension of temporary restraining order, presented to MR. JUSTICE DOUGLAS, and by him

referred to the Court, denied. MR. JUSTICE DOUGLAS would grant the application pending timely filing and disposition of a petition for writ of certiorari.